IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

    Plaintiff,                    No. 2:12-cv-1566 GGH P

    vs.

L. SULLIVANL, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff filed the instant case which is before the undersigned. However, a review of the complaint indicates that it is in fact an amended complaint in plaintiff's continuing case in this court, No. 2:10-cv-2688 GEB CKD P. See Complaint at 26.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The complaint in this case (Doc.1) shall be re-filed by the Clerk of the Court in No. 2:10-cv-2688 GEB CKD P;

        2. Plaintiff's motion to proceed in forma pauperis is vacated, as plaintiff already paid the filing fee in the other case.

        3. The Clerk of the Court is directed to close this case.

DATED: August 1, 2012

                            /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH: AB - watt1566.ord