IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

        Plaintiff,                      No. 2:12-cv-1566 KJM GGH P

     vs.

L. SULLIVAN, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff filed this motion for reconsideration of the magistrate judge's August 2, 2012 order dismissing this case in light of an identical case brought by plaintiff that is still pending. (ECF 11.) The magistrate judge ordered the document filed in this case to be filed in the other case.

        As provided by Eastern District of California Local Rule 303(b), "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days calculated from the date of service of the ruling on the parties . . . ." Here, plaintiff is challenging the order filed August 2, 2012. Plaintiff's pending motion for reconsideration was signed and served on August 21, 2012. Plaintiff's motion thus was served

more than fourteen days from the date of service of the magistrate judge's orders.[1] The motion, therefore, is untimely.

Even if the motion had been timely filed, the motion would be denied. As provided by Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the magistrate judge's ruling was not clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (ECF 11) is denied as untimely; and

2. No further motions for reconsideration of the magistrate judge's August 2, 2012 order will be considered.

DATED: February 15, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

[1] As provided by *Houston v. Lack*, 487 U.S. 266 (1988), because plaintiff is a *pro se* prisoner litigant, the court has given plaintiff the benefit of the date shown on his proof of service, as the date he delivered his motion to prison authorities for mailing to the court.